**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

PATRICK CLARKE,                          )
                                         )
         Plaintiff,                      )
                                         )
v.                                       )        Civil Action No. 3:16CV97–HEH
                                         )
VIRGINIA BEACH SHERIFF'S OFFICE, )
                                         )
         Defendant.                      )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

By Memorandum Order entered on March 4, 2016, the Court conditionally docketed Plaintiff's action. On March 16, 2016, the United States Postal Service returned the March 4, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT DELIVERABLE AS ADDRESSED." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                         /s/
                                         HENRY E. HUDSON
                                         UNITED STATES DISTRICT JUDGE

Date: March 23, 2016
Richmond, Virginia